**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No 19-cv-1209-REB-KMT

ELIZABETH LUPIA,

    Plaintiff,

v.

MEDICREDIT, INC.,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order for Judgment [ECF 38] entered by United States District Judge Robert E. Blackburn on August 6, 2020, it is

ORDERED that, in accordance with the Court's Order Re: Cross-Motions for Summary Judgment [ECF 30], ¶ 4 at 21, judgment is entered on behalf of plaintiff, Elizabeth Lupia, and against defendant, Medicredit, Inc., on Counts I and II insofar as those claims are premised on the May 8 phone call. It is

FURTHER ORDERED that, in accordance with the Court's Order Re: Cross-Motions for Summary Judgment [ECF 30], ¶ 5 at 21, judgment with prejudice is entered on behalf of defendant, Medicredit, Inc., and against plaintiff, Elizabeth Lupia, as to Count I and II insofar as those claims are premised on the May 16 letter, and as to Counts III and IV in their entirety. It is

FURTHER ORDERED that Ms. Lupia is awarded $1,000 in damages as stipulated by the parties in their Stipulation as to the Amount of Damages with Respect to the Claims on Which the Court Granted Plaintiff Summary Judgment [ECF 37-1]. It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.13 percent from the date of judgment. It is

FURTHER ORDERED that plaintiff is awarded her costs, to be taxed by the clerk in the time and manner required under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

This case will be closed.

DATED August 7, 2020, at Denver, Colorado.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:   s/L.Roberson
      L. Roberson
      Deputy Clerk